

# United States District Court
## Eastern District of California

Latoya Anderson

Plaintiff(s)

V.

Case Number: 2:22-cv-01891-KJM-AC

Navy Federal Credit Union

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Donna Farag hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Navy Federal Credit Union

On 07/16/2018 (date), I was admitted to practice and presently in good standing in the App. Div. of the S. Ct. of the St. of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/27/2022

Signature of Applicant: /s/ Donna Farag

**Pro Hac Vice Attorney**

Applicant's Name: Donna Farag

Law Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP

Address: 1875 Pennsylvania Avenue NW

City: Washington     State: DC     Zip: 20006

Phone Number w/Area Code: (202) 663-6000

City and State of Residence: Washington, DC

Primary E-mail Address: donna.farag@wilmerhale.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Joshua H. Lerner

Law Firm Name: Wilmer Cutler Pickering Hale and Dorr LLP

Address: 1 Front Street

Ste. 3500

City: San Francisco     State: CA     Zip: 94111

Phone Number w/Area Code: (628) 235-1000     Bar # 220755

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  November 3, 2022

CHIEF UNITED STATES DISTRICT JUDGE