UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Latoya Anderson, | No. 2:22-cv-01891-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| Navy Federal Credit Union, | |
| Defendant. | |

The parties filed a joint stipulation to set a briefing schedule for defendant's expected motion to dismiss and to continue the January 26, 2023 Scheduling Conference and associated dates. *See* Joint Stip., ECF No. 14. Following the parties' stipulation, the court **orders**: Defendant's motion to dismiss the first amended complaint shall be filed by December 16, 2022, with a hearing noticed for January 27, 2023, at 10:00 a.m.; Plaintiff's opposition shall be filed by January 13, 2023; and Defendant's reply shall be filed by January 20, 2023.

The court declines to vacate the January 26 Scheduling Conference, as requested by the parties. Instead, the scheduling conference is RESET for January 27, 2023, to coincide with the motion hearing. The court may reconsider vacating the scheduling conference, depending on the content of defendant's motion to dismiss or a later well-supported request by the parties.

IT IS SO ORDERED.

DATED: November 29, 2022.

CHIEF UNITED STATES DISTRICT JUDGE